

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 8/7/2018

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** Bonney Price
United States Probation Officer

**Subject:** **Bratton, Anthony**
Dkt. No. 3:12-CR-00022-001
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 08/28/2013, the defendant was sentenced pursuant to a conviction for Possession with Intent to Distribute Cocaine Base. He was ordered to serve 84 months' imprisonment, followed by four (4) years of supervised release. His term of supervised release commenced on 11/01/2016. The following property was seized from the defendant during his supervision term: 1) A Cell Phone; Samsung. These items were seized from the defendant's residence on 3/10/2017. His term of supervised release was revoked on 10/11/2017, and he was ordered to serve 30 months' imprisonment with no supervised release to follow. The probation office neglected to make a request destruction of the seized property at the time of revocation. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7680, should you have any questions.

---

THE COURT ORDERS:

Destroy Seized Property as Requested

Signed: August 7, 2018

Robert J. Conrad, Jr.
United States District Judge